UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

NORWALK COVE MARINA, INC.,

        Plaintiff,

  v.

M/V ISLAND PRINCESS (Official Number 571586), her engines, tackle, apparel, equipment and appurtenances, *in rem*, and RAYMOND J. LAND, III, *in personam*,

        Defendants.

3:13-CV-01607 (CSH)

---

**ORDER**

**HAIGHT**, Senior District Judge:

    In this case falling within the Court's admiralty jurisdiction, Plaintiff Norwalk Cove Marina, Inc. alleges maritime claims *in rem* against the M/V Island Princess and *in personam* against Defendant Raymond J. Land, III, the vessel's owner. The Court issued a warrant to arrest the Island Princess pursuant to Rule C(3) of the Supplemental Rules for Admiralty or Maritime Claims. The United States Marshals Service arrested the vessel on December 12, 2013. In early January 2014, counsel for Plaintiff and Defendant Land (the latter apparently acting *pro se*) discussed further proceedings in the case. In a letter dated January 7, 2014 from Plaintiff's counsel to Land, counsel said *inter alia* that Plaintiff would accept "a bank check/cashiers check" payable to the Clerk of the Court "in the sum of $15,000.00 in order for us to request a release of the vessel."

    The Clerk's office advised the Court yesterday that it had received a check in the amount of $15,000.00, accompanied by a copy of counsel's January 7, 2014 letter. The Clerk asks for the

Court's instructions with respect to these funds.

The Court directs that the Clerk hold the check without cashing it, or if the check has been cashed, that the proceeds remain in the Court Registry pending the Court's further order. In a telephone conversation with Chambers today, counsel for Plaintiff stated his intention to file a motion for release of the vessel in the near future. That is the procedure that must be followed under Supplemental Rule E(5).

Plaintiff's counsel is directed to send a copy of this Order electronically to Defendant Land forthwith.

It is SO ORDERED.

Dated: New Haven, Connecticut
April 9, 2014

/s/ Charles S. Haight, Jr.
Charles S. Haight, Jr.
Senior United States District Judge